**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

# CLERK'S MINUTES

| | | | | |
|---|---|---|---|---|
| **CASE NO.:** | 8:18-cr-186-T-23TGW | | **DATE:** | April 18, 2018 |
| **HONORABLE CHRISTOPHER P. TUITE** | | | **INTERPRETER:** | N/A |
| UNITED STATES OF AMERICA<br>v.<br>JEFFREY FITZGERALD | | | **LANGUAGE:** | |
| | | | **GOVERNMENT COUNSEL**<br>James Mandolfo for Michael Gordon, AUSA | |
| | | | **DEFENSE COUNSEL**<br>Sara Mieczkowski, AFPD | |
| **COURT REPORTER:** DIGITAL | | | **DEPUTY CLERK:** | Lisa Bingham |
| **TIME:** | 3:48 p.m. – 4:08 p.m. | **TOTAL: 20 min.** | **COURTROOM:** | 12B |

**PROCEEDINGS: INITIAL APPEARANCE / DETENTION / ARRAIGNMENT**

[X] Defendant present and advised of Charges.
[X] Arrest Date: 4/18/18
[X] Defendant provided with copy of Indictment; Court summarized Charges.
[X] Defendant waives formal reading of the Indictment.
[X] Court advises Defendant of Rule 5 rights.
[X] Financial Affidavit filed.
[X] Defense Attorney: AFPD
[X] Gov't seeks detention: presumption, extensive criminal history, fleeing and alluding, danger to the community, risk of flight, admitted to using meth a week ago, did not produce a urine sample for today's proceedings.
[X] Defendant requests bond. Home detention, same address for 6 years, 5 children reside in Florida, addiction issue can be addressed with substance abuse treatment.
[X] Court Orders Defendant detained; counsel may revisit should circumstances warrant.

[X] Indictment filed and copied to Defendant.
[X] Defendant waived reading of Indictment.
[X] Not Guilty Plea Entered as to ALL Counts.
[X] Trial set for trial term beginning June 4, 2018, before Judge Merryday.
[X] Status Report due by the 10th of each month.
[X] Government to Provide Rule 16(a); Defendant to Provide Rule 16(b).
[X] Referred to Magistrate Judge Wilson for Pre-trial Discovery Order.
(Copy of These Minutes Sent to Magistrate Judge CRD).